RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

05 AUG -4 PM 4: 32

CLERK

COMPLAINT UNDER THE CIVIL RIGHT ACT, 42 U.S.C. §1983

)
)
)
)
TERRY Douglas )
(Enter above the full name of the )
Plaintiff(s) in this action. Include )
identification number if )
incarcerated.) )
)
)
v. )
B. I Incorporated +GPS )
Brian Currie )
Thacher, Bruce Markey, )
Art Clevenger Bob cooper )
Brad uhlenberg Monica Kunal )
(Enter above the full name of the Connie
Defendant(s) in this action.) Bartrum
All employers @ Jessica Whte Tim Huqhley
B.I monitoring
involved in having
Access To A Special
I. PARTIES Type of computer
set up Research.

No. _____
(Supplied by Clerk)

3:05CV0470 RM

(In Item A below, place your name in the first blank and place you present address in the second
blank, and if you are a prisoner, place your identification number in the third blank. Do the same
for additonal plaintiff, if any, under Item B.)

A.     Name of Plaintiff  TERRy Douglas

Address  841 S. Kaleyst South

Identification Number _____
(for prisoners only)

B.     Additional Plaintiffs and addresses  Bruce Thacher et Al

Anderson Indiana 46016

_____

_____

(In Item C place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment and <u>address</u> in the third blank.  Use Item D for the names, positions and places of employment of any additional defendants and <u>addresses</u>.)

C.    Defendant _B. I INCorpoRated GPS,_ is employed as
_C.E.O. George HunT_ at _B.I MonitioRinG System_
_6400 lookout Rd Boulder Colorado_
          (position/title)                    (employer's name and address)

D.    Additional Defendants and addresses_____
_White, Jennifer, Thacher, Bruce, Markey,_
_Art; Clevenger, Bob, Cooper, Brad; Uhlenberg,_
_monica Kumal, Connie; Barttrum, Tim_
_incident in Anderson_
_____
_____
_____

II.    <u>PREVIOUS LAWSUITS</u>

A.  Have you ever been named as a plaintiff in any other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your claim in this action?

                     Yes (✓)               No (  )

B.  If you answer to "A" is Yes, describe the lawsuit in the space below and attach a copy of your complaint in that lawsuit if you have a copy.  (If there is more than one such lawsuit, you must describe the additional lawsuits on another piece of paper, using this same outline.)  Failure to comply with this provision may result in summary disposition of your complaint.

1.    Parties to previous lawsuit:

Plaintiff(s) _TERRy Douglas_____

_____

Defendant (s) _Ducomb Center d B. I MoniG GPS_____

_____

-2-

2. Court (if federal court, name the district (e.g. Southern District of Indiana); if state court, name the county and state.)

_____ *Northern Indiana* _____

3. Docket Number _*3:00 CV 473 AS*_

4. Name of Judge to whom case was assigned _*Judge Shape*_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____ *April 3, 2001* _____

6. Approximate date of filing lawsuit _*August 4, 2005*_

7. Approximate date of disposition _*March 6, 2002*_

C.     Have you ever been a plaintiff in any other civil right lawsuit (other than those lawsuits described in you response to "B" above?)   Yes ( )        No (✗)

D.     If your answer to "C" is yes, describe the lawsuit in the space below.  (If you have been a plaintiff in more than one such lawsuit, describe the additional lawsuits on another piece of paper.)

1.     Parties to previous lawsuit:

       Plaintiff (s) _____

       _____

       Defendant (s) _____

       _____

2.     Court (if federal court, name the district (e.g. Southern District of Indiana); if state court, name the county and state.)

       _____

3.     Docket Number_____

4.     Name of Judge to whom case was assigned_____

5.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

6.      Approximate date of filing lawsuit _____

7.      Approximate date of disposition _____

8.      Give a brief description of the nature of the lawsuit (e.g. "I claimed the conditions of my confinement at the Indiana State Prison violated my civil rights under the Eighth Amendment.")

_____

_____

_____

III.    PRISON GRIEVANCE PROCEDURE (**THIS SECTION TO BE COMPLETED BY PRISONERS ONLY**)

A.      Place of present confinement _____

B.      Is there a prisoner grievance procedure in this institution?  Yes (   ) No (   )

C.      Did you present the fact relating to you complaint in the prison grievance procedure?   Yes (   )    No (   )

D.      If your answer is "Yes":

        1.  What steps did you take? _____

        _____

        2.  What was the result?_____

        _____

E.      If you did not use the grievance system, explain why not.

_____

_____

_____

_____

_____

_____

-4-

F.     If there is not a prison grievance procedure in this institution, did you complain to prison authorities?     Yes (  )     No (  )

G.     If your answer is "Yes":

1. What steps did you take?_____

2. What was the result?_____

H.     If your answer is "no", explain why not.

_____

_____

_____

I.     Attach copies of your request for an administrative remedy and the response(s) you received.  If you cannot do so, explain why not.

_____

_____

_____

## IV. CAUSE OF ACTION

Briefly state which of your constitutional rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard.  (You must identify individual defendants by name, but you do not need to make a detailed statement of facts here - you will have a chance to do so in the next section.)  If you are claiming that more than one of your constitutional rights was violated, use a separate paragraph for each right, privilege or immunity which was violated.

lack of evidence showing that the injury I accurred stewart unalenter for lack of evidence and the damage has cause me a great amount of financial greif and Doctors have proving that the injury was not of a nature cause.

_(lined blank space)_

V.    <u>STATEMENT OF FACTS</u>

State here, as briefly as possible, the FACTS of your case. <u>**State who, what, when, where and how you feel your constitutional rights were violated**</u>.   You must name or somehow refer to the people as defendants whom you contend hurt you or caused you harm in someway.   Include also the names of other persons involved, dates and places. Use no more than the space provided.  The court strongly disapproves of stating claims outside the space.  Do not cite any cases or statutes.  If you want to include legal arguments or citations, you must do so in a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each separate claim in a <u>**separate paragraph.**</u>

VI.  RELIEF

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.  **NOTE TO PRISONERS**: If you are a **state** prisoner and seek
relief which affects the length or duration of your imprisonment (for example, restoration
of good time forfeited, expungement of records, parole-release decision) you **must** file
your claim on an appropriate form for actions under 28 U.S.C. § 2254 (application for a
writ of Habeas Corpus).

Because i have information proving that the
Audio is cause by, something nor specific but
it States injury, as well as the right
Cortex of the brain which is damage and
in 5 years no one has removed these injury
that happen 5 years ago event with proof of
abnormal MRI's and medical statements i have
been very sick and am in great pain i have suffred
unconditionly for so long Please help me.

Signed this _August_ day of _____, 200 _5_.


_Jerry Douglas_
Signature of Plaintiff


### AFFIRMATION OF PLAINTIFF(S)

1. I, _Jerry Douglas_, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and those which are attached in the accompanying financial statement. I believe them to be, to the best of my personal knowledge, true and correct.

2. Moreover, while neither the complaint nor the financial affidavit has been notarized, I do understand that this complaint and these affidavits will become an official part of the United States District Court files and that **any** false statements knowingly made by me are illegal and may subject me to criminal penalties.


_Jerry Douglas_
Plaintiff


_____
Plaintiff


_____
Plaintiff

-10-