Terry M. Douglas
841 S. Kaley St
South Bend, Indiana
46619


Dear Sir,

To Whom It May Concern, This has been ongoing process that has lasted for five years. It involved a house arrest ankle band that manufactured through B. I. Monitoring System. There location is 6400 Lookout Road, Boulder, Colorado.

It has a location in Anderson; Indiana that has access to monitoring Terry Douglas. Wireless system equipment caused damage and infection to the outside layers of the skin. It caused infection along with other internal damages to right hemisphere of the brain. This caused an injury to the left parietal which is quadrilateral. This injury is oval shape and approximately six to seven millimeters in size.

I have film that shows abnormal MRI concerning these injuries. The doctors determined that I do not have multiple sclerosis nor I have not had a stoke, ischemic disease. I can prove that infection on my body that was due to the house arrest band malfunction .

Please take in the consideration of the importance of my life. You can reach me at the telephone number (574) 234- 8372.

Thank you,

Sincerely,
*Terry Douglas*
Terry Douglas