A0 450

# United States District Court

## Northern District of Indiana

TERRY DOUGLAS
        Plaintiff

JUDGMENT IN A CIVIL CASE

v.

Case No. 3:05cv470RM

BI INCORPORATED & GPS,
BRIAN CURRIE, THACKER,
BRUCE MARKEY, ART CLEVENGER,
BOB COOPER, BRAD UHLENBERG,
MONICA KUMAL, CONNIE BARTRUM,
TIM HUGHLEY, JENNIFER WHITE
        Defendants

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED pursuant to 28 U.S.C.

section 1915e(2)(B)(ii).

Stephen R. Ludwig, Clerk

s/SD Fikes
By_____
Deputy Clerk

**Equivalent Coupon Issue Yield**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **August 11, 2005**.